# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

v.                          No. 4:20-cm-45-DPM

**MICHAEL J. MARASCO**                                        **DEFENDANT**

## ORDER

Motion, *Doc. 9*, granted.  The United States' appeal is dismissed. *Doc. 1*.  This case is closed.

So Ordered.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

6 July 2020